IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL E. BRANNEN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No.: 4:17-cv-00714 |
| | : | |
| v. | : | Honorable Judge Yvette Kane |
| | : | |
| BRITISH AIRWAYS PLC AND | : | **ELECTRONICALLY FILED** |
| VIKING RIVER CRUISES INC., | : | |
| | : | |
| Defendants. | : | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to its obligations under Federal Rule of Civil Procedure 7.1, Defendant Viking River Cruises Inc. states that it has no subsidiaries or corporate parents that are publically traded in the United States of America.

Dated: June 22nd, 2017                                Respectfully submitted,

Of Counsel:                                           ___/s/Richard D. Gallucci, Jr._____
                                                      Richard D. Gallucci, Jr.
Joseph G. Grasso                                      **WIGGIN AND DANA LLP**
Jacob A. Sand                                         Two Liberty Place
Wiggin and Dana LLP                                   50 S. 16th Street, Suite 2925
Two Liberty Place                                     Philadelphia, PA  19102
50 S. 16th Street, Suite 2925                         Tel.: 215-988-8317
Philadelphia, PA  19102                               Fax: 215-988-8344
Tel.: 215.988.8310                                    E-Mail: rgallucci@wiggin.com
Fax: 215.988/8344
E-Mail: jgrasso@wiggin.com;
        jsand@wiggin.com

26546\1\3707638.v1