# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL E. BRANNEN, | : CIVIL ACTION |
| Plaintiff, | : NO.: 4:17-cv-00714 |
| v. | : Honorable Judge Yvette Kane |
| | : **ELECTRONICALLY FILED** |
| BRITISH AIRWAYS PLC AND VIKING RIVER CRUISES INC., | : |
| Defendants. | : |

## STIPULATION

It is hereby STIPULATED and AGREED by and between the undersigned counsel that the time for Plaintiff to respond to Defendant Viking River Cruises Inc.'s Motion to Dismiss [ECF Doc. No. 22] is extended to July 13, 2017.

There have been no prior extensions. And counsel for Defendant British Airways Plc does not oppose this Stipulation.

Dated: July 5, 2017

**BRANNEN LAW LLC**

　/s/ *Daniel E. Brannen Jr.*
Daniel E. Brannen, Jr.  PA 83717
3 Caliente Road, #5
Santa Fe, NM  87508
505-466-3830

*Attorneys for Plaintiff*

**Wiggin and Dana LLP**

　/s/ *Richard D. Gallucci Jr.*
Richard D. Gallucci Jr.
Joseph G. Grasso
Jacob A. Sand
Wiggin and Dana LLP
Two Liberty Place
50 S 16th Street, Suite 2925
Philadelphia PA 19102

Attorneys for Defendant
Viking River Cruises Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation for Extension of Time has been served upon counsel of record this 5th day of July 2017 by electronic mail, as follows:

>Erin C. Galbally
>Lisa Carney Eldridge
>Clark Hill, PLC
>2005 Market Street, Suite 1000
>One Commerce Square
>Philadelphia, PA 19103
>egalbelly@clarkhill.com
>leldridge@clarkhill.com
>
>Anthony U. Battista
>CONDON & FORSYTH LLP
>7 Times Square
>New York, New York  10036
>abattista@condonlaw.com
>
>Richard D. Gallucci Jr.
>Joseph G. Grasso
>Jacob A. Sand
>Wiggin and Dana LLP
>Two Liberty Place
>50 S 16th Street, Suite 2925
>Philadelphia PA 19102
>rgallucci@wiggin.com
>jgrasso@wiggin.com
>jsand@wiggin.com
>Attorneys for Viking River Cruises Inc.

                                              /s/ Daniel E. Brannen
                                              Daniel E. Brannen