IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL E. BRANNEN, | : | |
| Plaintiff | : | No. 1:17-cv-00714 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| BRITISH AIRWAYS PLC and | : | |
| VIKING RIVER CRUISES, INC., | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 1st day of November 2017, **IT IS ORDERED THAT** Defendants British Airways PLC and Viking River Cruises, Inc.'s motions to dismiss (Doc. Nos. 7, 22), are **GRANTED**. **IT IS FURTHER ORDERED THAT** Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

                                                    s/ Yvette Kane
                                                    Yvette Kane, District Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania